IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE AT MEMPHIS
WESTERN DIVISION

| | |
|---|---|
| AUNDREY MEALS, individually, and as wife and next friend of JAMES HARVEY MEALS, deceased, and as natural parent, guardian, and next friend of WILLIAM MEALS, a minor child, <br><br> PLAINTIFF, <br><br> V. <br><br> CITY OF MEMPHIS, TENNESSEE, BRIDGETTE KING, and FORD MOTOR COMPANY, <br><br> DEFENDANTS. | No. 03-2077-MA |

## ORDER DENYING DEFENDANT CITY OF MEMPHIS' MOTION FOR A PROTECTIVE ORDER

This matter comes before the Court on the Defendant City of Memphis' Motion for a Protective Order. After having considered the motion, the Court finds that the Defendant's Motion is not well-taken and, therefore it is DENIED.

IT IS HEREBY ORDERED that the City of Memphis' Motion for a Protective Order and to Quash the Notice to Take Depositions Duces Tecum issued by the Plaintiff is hereby DENIED.

ENTERED this the ___21___ day of ___April___, 2005.

_____
Judge

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 4-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 292 in case 2:03-CV-02077 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Sandra Giannone Ezell
MCGUIRE WOODS BATTLE & BOOTHE LLP
901 E. Cary St.
Richmond, VA 23219--403

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Candace A. Blydenburgh
MCGUIRE WOODS BATTLE & BOOTHE LLP
901 E. Cary St.
Richmond, VA 23219--403

Kim Linville
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Honorable Jon McCalla
US DISTRICT COURT