FILED BY ___ D.C.

05 MAY -5 AM 10: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AUDREY MEALS, individually, and as
wife and next friend of JAMES HARVEY
MEALS, deceased, and as natural
parent, guardian, and next friend
of WILLIAM MEALS, a minor child,

    Plaintiff,

VS.

CITY OF MEMPHIS, TENNESSEE,
WALTER CREWS, Individually and
as Director of the City of Memphis
Police Department, BRIDGETTE KING,
Individually and as a member of
the City of Memphis Police
Department, and FORD MOTOR
COMPANY,

    Defendants.

NO. 03-2077 M1

---

### ORDER GRANTING MOTION OF DEFENDANT BRIDGETTE KING FOR PERMISSION TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

This matter came on to be heard upon Defendant's Motion for an Permission to File a Memorandum in Excess of Twenty Pages from which it appears to the Court that for good cause shown the Motion of the Defendant should be granted and that the Defendant is granted permission to file a memorandum in excess of twenty pages. The Clerk is directed to file the Memorandum previously "received" by the Clerk.

    IT IS SO ORDERED.

_____
Judge

Dated: May 5, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5/7/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 297 in case 2:03-CV-02077 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Candace A. Blydenburgh
MCGUIRE WOODS BATTLE & BOOTHE LLP
901 E. Cary St.
Richmond, VA 23219--403

Sandra Giannone Ezell
MCGUIRE WOODS BATTLE & BOOTHE LLP
901 E. Cary St.
Richmond, VA 23219--403

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Kim Linville
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT