IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

AUNDREY MEALS,  )
individually, and as next  )
friend of JAMES HARVEY MEALS,  )
deceased, and as natural  )
parent, guardian, and next  )
friend of WILLIAM MEALS,  )
a minor child,  )
  )
      Plaintiffs,  )
  )
v.  )    No. 03-2077 Ml/An
  )
CITY OF MEMPHIS, TENNESSEE,  )
BRIDGETTE KING, and  )
FORD MOTOR COMPANY,  )
  )
      Defendants.  )

---

### ORDER SETTING TELEPHONE CONFERENCE

---

A telephone conference has been set in this case for Thursday, June 30, 2005, at 10:30 a.m. Defendant City of Memphis shall initiate the call with all parties on the line. The parties shall be prepared to discuss issues raised by the Joint Motion to Stay Discovery and Pending Deadlines of Defendants City of Memphis and Bridgette King, filed June 21, 2005.

So ORDERED this 22 day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 330 in case 2:03-CV-02077 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Sandra Giannone Ezell
LAW OFFICE OF SANDRA GIANNONE EZELL
901 E. Bryd St.
Ste. 1500
Richmond, VA 23219

Candace A. Blydenburgh
901 E. Byrd Street, Suite 1500
Richmond, VA 23219

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Kim Linville
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT