IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

```
AUNDREY MEALS,                        )
individually, and as next             )
friend of JAMES HARVEY MEALS,         )
deceased, and as natural              )
parent, guardian, and next            )
friend of WILLIAM MEALS,              )
a minor child,                        )
                                      )
        Plaintiffs,                   )
                                      )
v.                                    )   No. 03-2077 Ml/An
                                      )
CITY OF MEMPHIS, TENNESSEE,           )
BRIDGETTE KING, and                   )
FORD MOTOR COMPANY,                   )
                                      )
        Defendants.                   )
```

## ORDER STAYING CASE AND DENYING ALL PENDING MOTIONS WITHOUT PREJUDICE

Before the Court is the Joint Motion to Stay Discovery and Pending Deadlines of Defendants City of Memphis and Bridgette King, filed June 21, 2005. The Court held a telephone conference on Thursday, June 30, 2005, to discuss Defendants' motion. Plaintiffs were represented by J. Houston Gordon, Esq. and Kim Linville, Esq. Defendant Bridgette King was represented by Jean Markowitz, Esq. Defendant City of Memphis, Tennessee was represented by Robert Meyers, Esq. and Amber Isom-Thompson, Esq. Defendant Ford Motor Company was represented by Emily Landry, Esq., John Bibb Jr., Esq., Sandra Ezell, Esq., and Candace Blydenburgh, Esq.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-6-05

On June 15, 2005, Defendant Bridgette King filed a notice of appeal from the Court's June 6, 2005, Order Granting in Part and Denying in Part Motion of Defendant Bridgette King to Dismiss and/or in the Alternative for Summary Judgment. (Docket No. 302.) On June 20, 2005, Defendant City of Memphis, Tennessee filed a notice of appeal of that order as well as the Court's April 11, 2005, Order Granting in Part and Denying in Part Defendant City of Memphis' Motion for Summary Judgment. (Docket No. 288.) Pursuant to the discussion at the conference, Defendants' motion is GRANTED and the instant case is STAYED as to all Defendants pending Defendants' appeals. Additionally, all motions currently pending before the Court are DENIED, without prejudice.[1]

A telephone conference has been set for <u>Friday, January 13, 2006, at 9:00 a.m.</u> Defendant City of Memphis, Tennessee shall initiate the call with all parties on the line.

So ORDERED this 5 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] The parties may renew any motions currently pending by submitting a notice of renewal after Defendants' appeals have been resolved.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 338 in case 2:03-CV-02077 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Kim Linville
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Sandra Giannone Ezell
LAW OFFICE OF SANDRA GIANNONE EZELL
901 E. Bryd St.
Ste. 1500
Richmond, VA 23219

Candace A. Blydenburgh
LAW OFFICE OF CANDACE A. BLYDENBURGH
Riverfront Plaza West Tower
901 E. Byrd St.
Ste. 1500
Richmond, VA 23219

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT