IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE AT MEMPHIS
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT -6 AM 11: 44
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| AUNDREY MEALS, individually, and as wife and next friend of JAMES HARVEY MEALS, deceased, and as natural parent, guardian, and next friend of WILLIAM MEALS, a minor child, <br><br>PLAINTIFF, <br><br>V. <br><br>CITY OF MEMPHIS, TENNESSEE, BRIDGETTE KING, Individually, and as a Member of the City of Memphis Police Department, and FORD MOTOR COMPANY, <br><br>DEFENDANTS. | No. 03-2077-MA Ml/An |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO SUPPLEMENT RECORD ON APPEAL

It coming to be heard upon the Plaintiff's Motion for permission to supplement the Record on appeal, the Court finds that the motion is well-taken and should be granted. Plaintiff may supplement the Record by late-filing "Plaintiff's Response to Defendant City of Memphis' Motion for Summary Judgment".

SO ORDERED this the 6 day of October, 2005.

_____
JUDGE

(364)

1

Approved By:

*[signature]*

JASON G. WHITWORTH, #017615
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE**



# Notice of Distribution

This notice confirms a copy of the document docketed as number 364 in case 2:03-CV-02077 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Emily Turner Landry
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

J. Houston Gordon
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Amber Isom-Thompson
KIESEWETTER WISE KAPLAN SCHWIMMER & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Sandra Giannone Ezell
LAW OFFICE OF SANDRA GIANNONE EZELL
901 E. Bryd St.
Ste. 1500
Richmond, VA 23219

Kim Linville
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Jason G. Whitworth
LAW OFFICES OF J. HOUSTON GORDON
114 W. Liberty Ave.
Ste. 300
Covington, TN 38019--084

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Candace A. Blydenburgh
LAW OFFICE OF CANDACE A. BLYDENBURGH
Riverfront Plaza West Tower
901 E. Byrd St.
Ste. 1500
Richmond, VA 23219

Honorable Jon McCalla
US DISTRICT COURT